# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 1, 2024

**Via ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: **United States v. Aramis Burgos de la Cruz**
    **09 Cr. 375 (DLC)**

Dear Judge Cote:

I represent Mr. Aramis Burgos de la Cruz in a pending matter with the docket number 23 Mag. 4791 (UA) (S.D.N.Y.). It would assist me in my representation of Mr. Burgos de la Cruz to obtain access to the Presentence Investigation Report (PSR) that was prepared in connection with the above-captioned matter in 2009, over which Your Honor presided. The Probation Department has informed our office that, as a matter of policy, it can only provide a copy of the 2009 PSR pursuant to an order from this Court. The government consents to this request.

Accordingly, we respectfully request that the Court endorse this application or issue an order authorizing the Probation Department to release to our office Mr. Burgos de la Cruz's PSR from the above-captioned. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: AUSA Jackie Delligatti

Granted.
*Denise Cote*
3/1/24